1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00234-TLN |
|---|---|---|
| 12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| 13 | v. | |
| 14 | PATRICK BOTELLO, MERCEDEZ SILVA-SIMS, ASHLEY HABASH, AND BRENDA MIRANDA, | DATE: May 23, 2019 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| 15 | | |
| 16 | Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on May 23, 2019.

2. By this stipulation, defendants now move to continue the status conference until September 26, 2019, at 9:30 a.m., and to exclude time between May 23, 2019, and September 26, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone

conversations. All of this discovery has been produced directly to counsel.

  b) Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 23, 2019, to September 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 21, 2019        McGREGOR W. SCOTT
                 United States Attorney

                 /s/ JUSTIN L. LEE
                 JUSTIN L. LEE
                 Assistant United States Attorney

| | | |
|---|---|---|
| Dated: May 21, 2019 | | /s/ OLAF HEDBERG |

Dated: May 21, 2019        /s/ OLAF HEDBERG
                           OLAF HEDBERG
                           (as authorized on May 21, 2019)
                           Counsel for Defendant
                           Patrick Botello

Dated: May 21, 2019        /s/ DAVID FISCHER
                           DAVID FISCHER
                           (as authorized on May 21, 2019)
                           Counsel for Defendant
                           Mercedez Silva-Sims

Dated: May 21, 2019        /s/ DAVID GARLAND
                           DAVID GARLAND
                           (as authorized on May 21, 2019)
                           Counsel for Defendant
                           Ashley Habash

Dated: May 21, 2019        /s/ J. TONEY
                           J. TONEY
                           (as authorized on May 21, 2019)
                           Counsel for Defendant
                           Brenda Miranda

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of May, 2019.

_____
Troy L. Nunley
United States District Judge