The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA,<br><br>        Plaintiff,<br><br>V.<br><br>PATRICK BOTELLO,<br><br>        Defendant. | Case Number: 2:17-CR-234 TLN<br><br>STIPULATION AND ORDER<br><br>**DATE: October 22, 2020**<br>**TIME: 9:30 am**<br>**DEPT: TLN** |

**STIPULATION**

1. At the previous Status Conference, this matter was set for status/change of plea on October 22, 2020.

2. By this stipulation, defendants now move to continue the status conference until December 17, 2020, at 9:30 a.m., and to exclude time between October 22, 2020, and December 17, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

b) Defense counsel desires additional time to review the discovery, prepare for trial in this matter.

c) Counsel for defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2020, to December 17, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 20, 2020          MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ JUSTIN L. LEE
                                  JUSTIN L. LEE
                                  Assistant United States Attorney


Dated: October 20, 2020              /s/ Olaf W. Hedberg
                                     Olaf W. Hedberg
                                  Attorney for Patrick Botello


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 20, 2020

                                  _____
                                  Troy L. Nunley
                                  United States District Judge