IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:17-cr-00234-TLN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| PATRICK BOTELLO, | ) | |
| Defendant. | ) | |

The court relieved Mr. Hedberg in court on November 19, 2020. The court has agreed to appoint another panel attorney. CJA Panel attorney Etan Zaitsu is hereby appointed effective November 25, 2020, the date the Office of the Federal Defender contacted him.

DATED: December 1, 2020

_____
Troy L. Nunley
United States District Judge