1  Etan Zaitsu [SBN 287106]
   Attorney at Law
2
3  *Zaitsu Law*
   331 J Street, Suite 200
4  Sacramento, CA  95814
   916.542.0270
5
6  Attorney for Defendant
   PATRICK BOTELLO
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>PATRICK BOTELLO,<br>                      Defendant. | Case No.: 2:17-CR-00234 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The defendant, Patrick Botello by and through his counsel, Etan Zaitsu, and the Government, by and through its counsel, Justin Lee, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on December 3, 2020

    2.    By this stipulation, defendant now moves to continue the status conference until December 17, 2020, at 9:30 a.m., to link the case back up with the other defendants, and to exclude time between December 3, 2020, and December 17, 2020, under Local Code T4.

    1.    The parties agree and stipulate, and request that the Court find the following:

        (a) Defense counsel recently substituted into the case and needs time to obtain and review the discovery in this case.

        (b) Defense counsel believes that failure to grant the above-requested

1

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c) The government does not object to the continuance.

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2020 to December 17, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Dated:  December 1, 2020                             /s/ Etan Zaitsu
                                                     ETAN ZAITSU
                                                     Attorney for Defendant Patrick Botello

Dated:  December 1, 2020                             /s/ Justin Lee
                                                     JUSTIN LEE
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff United States

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including December 17, 2020, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the December 3, 2020 at 9:30 a.m. status conference be continued to December 17, 2020, at 9:30 a.m.

Dated:  December 1, 2020

Troy L. Nunley
United States District Judge

3

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE