1  Etan Zaitsu [SBN 287106]
2  Attorney at Law

3  ZAITSU LAW
   331 J Street, Suite 200
4  Sacramento, CA 95814
   916.542.0270
5

6  Attorney for Defendant
   PATRICK BOTELLO
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              Case No.: 2:17-CR-234-TLN

11                          Plaintiff,     **REQUEST TO SEAL DR. JENNIE**
                                           **SINGER'S REPORT IN SUPPORT OF**
12       v.                                **SENTENCING HEARING AND ORDER**

13  PATRICK BOTELLO,

14                          Defendant.

15

16

17          Defendant Patrick Botello, by and through his undersigned counsel, requests that Dr.

18  Jennie Singer's Report in support of the sentencing hearing currently scheduled for September

19  8, 2022, be filed under seal. Sealing is sought to protect the private medical nature of the

20  documents.

21          Pursuant to Local Rules 141(b), the total number of pages submitted for sealing is 7.

22  Sealing is sought until further order of the Court, to protect the private medical nature of the

23  documents, and is consistent with the factors set forth in *Oregonian Publishing Co. v. U.S.*

24  *District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). Only the U.S.

25  Attorney's Office, U.S. Probation, and the Court are permitted access. A digital copy of the

26  report has been emailed Probation and the government.

27

28

                                           1

**Request to Seal**

Dated:  September 1, 2022

/s/ *Etan Zaitsu*
ETAN ZAITSU
Attorney for Defendant
PATRICK BOTELLO

## ORDER

Pursuant to Local Rule 141 (b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the Dr. Jennie Singer's Report shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant, the U.S. Attorney's Office, and U.S. Probation.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Defendant's request, sealing the Defendant's documents serves a compelling interest.

IT IS SO ORDERED.

DATED:  October 6, 2022

Troy L. Nunley
United States District Judge

2

**Request to Seal**